No. 89–7876. LINTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7877. MCCARTY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7878. LANGSTON ET UX. *v.* DODSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–7879. HATCH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–7881. SMALLEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7883. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–7885. ZENNER *v.* POWERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–2. SAFIR *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–3. WOLF *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–5. CHICAGO HOUSING AUTHORITY ET AL. *v.* TRIAD ASSOCIATES, INC., DBA GUARDIAN SECURITY, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–6. BLOCK 173 ASSOCIATES *v.* CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–7. BELCHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–8. WRENN *v.* BOARD OF DIRECTORS, WHITNEY M. YOUNG, JR., HEALTH CENTER, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–10. GRANITO *v.* UNITED STATES; and
No. 90–46. ANGIULO ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 897 F. 2d 1169.